# Affidavit

I, Jared Evans state that I have had no income in the previous 60 days.

This the 8th day of December, 2022.

________________________________________

Jared Evans