Certificate Number: 05781-GAM-DE-037164180

Bankruptcy Case Number: 22-10941

05781-GAM-DE-037164180

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2023, at 7:31 o'clock PM PST, Jared Evans completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date: February 6, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President