UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-10941 AEC |
| | ) | |
| JARED EVANS | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

**NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

ROBERT M. MATSON, TRUSTEE HAS FILED DOCUMENTS TO ABANDON THE ESTATE'S INTEREST IN PROPERTY. A COPY OF THE ABANDONMENT OF PROPERTY OF THE ESTATE IS ATTACHED.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant or at the Clerk's office.**

If you do not want the Trustee to abandon the estate's interest in the property described in the Abandonment of Property of the Estate, or if you want the court to consider your views on the abandonment, then you or your attorney shall file with the court a written objection or response on or before **August 11, 2023**, pursuant to Fed.R.Bankr.P.6007(a). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, GA (478) 752-3506.

If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the date stated above.

Any response or objection shall also be served on the Trustee.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the abandonment.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 6007-1(b) and Fed.R.Bankr.P. 6007(a).

This **28th** day of **July, 2023.**

/s/ Robert M. Matson
Robert M. Matson
Chapter 7 Trustee
State Bar No. 477102

P.O. Box 309
Macon, GA 31202
(478) 742-1889
rmatson@akin-webster.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-10941 AEC |
| | ) | |
| JARED EVANS | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

**ABANDONMENT OF PROPERTY OF THE ESTATE**

After notice and opportunity to object, Robert M. Matson, successor Chapter 7 Trustee in the above referenced case, abandons the following assets:

**PROPERTY DESCRIPTION**

1. 1999 Pioneer Fitzgerald mobile home
2. 2021 Toyota Rav 4
3. 2015 Nissan Altima
4. Shotgun
5. Membership/ownership interest in Southern Trucking, LLC
6. Kubota tractor

The above described assets are burdensome to the estate, have no value to the estate, expose the estate to potential liability claims or expose the estate to potential tax liability. Pursuant to 11 U.S.C. § 554(a), Robert M. Matson abandons the above-described property to the extent that it is property of the estate.

This 28th day of July, 2023.

/s/ Robert M. Matson

Robert M. Matson
Chapter 7 Trustee
State Bar No. 477102

P.O. Box 309
Macon, GA 31202
(478) 742-1889
rmatson@akin-webster.com